1  **ROBERT ISHIKAWA - 90621**
   Bromberg & Ishikawa
2  5707 N. West Avenue
   Fresno, California 93711
3  Telephone: (559) 431-5700

4  Attorney for Billy R. Custer

5

6              **IN THE UNITED STATES DISTRICT COURT FOR THE**

7                       **EASTERN DISTRICT OF CALIFORNIA**

8

| | | |
|---|---|---|
| 9  BILLY R. CUSTER, | ) | 1:06- CV-01117 OWW LJO |
| 10              Plaintiff, | ) | |
| 11       v. | ) | STIPULATION AND ORDER TO EXTEND TIME |
| 12  JO ANNE B. BARNHART, | ) | |
|     Commissioner of Social Security, | ) | |
| 13              Defendant. | ) | |
| 14  _____ | ) | |

15     Plaintiff can not meet the deadline for filing plaintiff's opening brief which is due on

16  March 2, 2007, and is therefore requesting that Plaintiff shall have until April 5, 2007 in

17  which to file his opening brief.

18

19  Dated: March  _1_, 2007          /s/ Robert Ishikawa
                                    _____
20                                   ROBERT ISHIKAWA
                                     Attorney for Plaintiff, Billy R. Custer
21
    Dated: March  _1_, 2007          /s/ Pete Thompson for Jean Turk
22                                  _____
                                     JEAN TURK
23                                   Assistant U.S. Attorney

24
        IT IS SO ORDERED.
25
        **Dated:   March 2, 2007**          **/s/ Dennis L. Beck**
26  9b0hie                                 UNITED STATES MAGISTRATE JUDGE

27

28

                                         1