1  **ROBERT ISHIKAWA - 90621**
Bromberg & Ishikawa
2  5707 N. West Avenue
Fresno, California 93711
3  Telephone: (559) 431-5700

4  Attorney for Billy R. Custer

5

6  **IN THE UNITED STATES DISTRICT COURT FOR THE**

7  **EASTERN DISTRICT OF CALIFORNIA**

8

| | |
|---|---|
| BILLY R. CUSTER, | 1:06- CV-01117 OWW DLB |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO EXTEND TIME |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. | |

Plaintiff can not meet the deadline for filing plaintiff's opening brief which is due on April 5, 2007, and is therefore requesting that Plaintiff shall have until May 5, 2007 in which to file his opening brief.

Dated: April __6__, 2007         /s/ Robert Ishikawa
                                 _____
                                 ROBERT ISHIKAWA
                                 Attorney for Plaintiff, Billy R. Custer

Dated: April __6__, 2007         Jean Turk
                                 _____
                                 JEAN TURK
                                 Assistant U.S. Attorney

     IT IS SO ORDERED.

     Dated:  **April 9, 2007**          **/s/ Dennis L. Beck**
3b142a                                   UNITED STATES MAGISTRATE JUDGE

1